IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:22-cr-00069-MR-WCM-3

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> (3) ALEX MENDOZA, ) <br> ) <br> Defendant. ) <br> _____ ) | O R D E R |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss Indictment [Doc. 146].

For the reasons stated in the Motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's Motion [Doc. 146] is **GRANTED**, and the Bill of Indictment in the above-captioned case, as to Defendant Alex Mendoza only, is hereby **DISMISSED**.

**IT IS FURTHER ORDERED** that the warrant for arrest [Doc. 4] against Defendant Alex Mendoza only, is hereby **WITHDRAWN** and **DISMISSED**.

**IT IS SO ORDERED**.

Signed: July 31, 2024

Martin Reidinger
Chief United States District Judge